UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RAHIL KAMRAN-RAD,

          Plaintiff,

vs.

CITIBANK, N.A.,

          Defendant.

Case No. 2:18-cv-4298

SO ORDERED: 10/9/18

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS

The parties having amicably resolved and settled the above-captioned matter, it is hereby stipulated and agreed by the undersigned that this action, and all claims therein asserted by either party, are and be DISMISSED WITH PREJUDICE and without taxation of attorneys' fees or costs of any kind against any party.

By: _____
Rahil Kamran-Rad, Esquire
200 Water Street #1608
New York, NY 10038
Telephone: 781.771.5470
rahil.kam@gmail.com
*Plaintiff, Pro Se*

By: _____
Adam P. Hartley
Ballard Spahr LLP
1675 Broadway, Floor 19
New York, NY 10019
Telephone: 646.346.8033
hartleya@ballardspahr.com
*Attorneys for Defendant, Citibank, N.A.*

Dated: October 1, 2018

Dated: October 1, 2018

DMEAST #35572463 v1